IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**JOSEPH GREGOR, as parent
and guardian of ANNA GREGOR,
a minor,**
  **Plaintiff,**

v.                  Civ. Action No. 2:20-cv-00654

**WEST VIRGINIA SECONDARY
SCHOOLS ACTIVITIES COMMISSION
and the
WEST VIRGINIA BOARD OF EDUCATION,
a state agency,**
  **Defendants.**

### AGREED ORDER OF VOLUNTARY DISMISSAL

  The parties, by undersigned counsel, advise the Court that they have jointly agreed upon a voluntary dismissal of this case with prejudice, and ask that the matter be stricken from the docket. All parties have agreed to bear their own costs and fees.

  ENTERED on  November 20, 2020 .

                   _____
                   JOSEPH R. GOODWIN
                   UNITED STATES DISTRICT JUDGE

**Prepared by:**

*/s/Sharon F. Iskra*
Sharon F. Iskra (WVSB # 6582)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555 (Telephone)
(304) 342-1110 (Fax)
siskra@baileyglasser.com

**Agreed**

*/s/ Kelli D. Talbott*

Kelli D. Talbott (WVSB #4995)
Anthony D. Eates, II (WVSB #7708)
812 Quarrier Street, Second Floor
Charleston, West Virginia 25301
(304) 558-8989 (Telephone)
(304) 558-4509 (Fax)
Kelli.D.Talbott@wvago.gov
Anthony.D.Eates@wvago.gov

*Counsel for West Virginia Board of Education*

*/s/ William R. Wooton*

William R. Wooton (WVSB #4139)
Russell O. Wooton (WVSB #9887)
210 Main Street
Beckley, West Virginia 25801
(304) 253-2222 (Telephone)
(304) 255-5041 (Fax)
bill@wootonlaw.com
rusty@wootonlaw.com

*Counsel for West Virginia Secondary School Commission*